UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GLENN WHITE,
                Plaintiff,

v.

JASON JENNINGS, FREDRIC SLANOVEC,
AHMED ARTOLA, ROBERT MCCANN,
NATHANIEL DEYOUNG, CHARLES
NYLAND, MICHAEL RIBEIRO, KYLE
REED, STATE POLICE INVESTIGATOR
JESSE FLANAGAN, and STATE POLICE
INVESTIGATOR JOSEPH M. LOFRESE,
                Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 5922 (VB)

     As discussed at a conference held today and attended by counsel for plaintiff and defendants Jason Jennings, Frederic Slanovec, Ahmed Artola, Robert McCann, Nathaniel DeYoung, Charles Nyland, Michael Ribeiro, and Kyle Reed, good cause having been shown by plaintiff pursuant to Fed. R. Civ. P. 4(m), the Court extends to December 7, 2022, plaintiff's time to serve the summons and amended complaint on defendants State Police Investigator Jesse Flanagan and State Police Investigator Joseph M. Lofrese.

Dated: November 7, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge