UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GLENN WHITE,
                Plaintiff,

v.

JASON JENNINGS, MARGARET
SLANOVEC, AS ADMINISTRATOR FOR          **ORDER OF DISMISSAL**
THE ESTATE OF FREDRIC SLANOVEC,
AHMED ARTOLA, ROBERT MCCANN,            22 CV 5922 (VB)
NATHANIEL DEYOUNG, CHARLES
NYLAND, MICHAEL RIBEIRO, KYLE
REED, and STATE POLICE INVESTIGATOR
JESSE FLANAGAN,
                Defendants.
--------------------------------------------------------------x

      The Court has been advised that the parties have settled this matter. (Doc. #70). Accordingly, it is HEREBY ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than November 15, 2024. To be clear, any application to restore the action must be filed by November 15, 2024, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. **Specifically, the conference scheduled for October 3, 2024, is cancelled.** Any pending motions are moot.

      The Clerk is instructed to close this case.

Dated: October 1, 2024                        SO ORDERED:
       White Plains, NY

                                                    _____
                                                    Vincent L. Briccetti
                                                    United States District Judge